Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400
Fax: (866) 861-1390
MEAGAN BAKER

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

| | |
|---|---|
| MEAGAN BAKER,<br><br>        Plaintiffs,<br><br>v.<br><br>CREDIT ONE FINANCIAL.,<br><br>        Defendant. | **Case No.: 3:14-cv-02307-LAB-NLS**<br><br>**VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, MEAGAN BAKER, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: April 6, 2015                                          KROHN & MOSS, LTD.


                                                                         By: /s/ Ryan Lee, Esq.
                                                                          Ryan Lee, Esq.
                                                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:  /s/ Ryan Lee, Esq.

Ryan Lee, Esq